**Deny Writ and Opinion Filed October 23, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01351-CV

## IN RE JASON R. SCHUH, M.D. AND NORTHSTAR ANESTHESIA, P.A., Relators

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-11-01461-C**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice FitzGerald, and Justice Francis
Opinion by Justice FitzGerald

Relators filed this petition for writ of mandamus requesting that the Court order the trial court to vacate its oral rulings of September 25, 2014 regarding discovery of net worth documents. Relators contend that the discovery allowed is overly broad. The facts and issues are well-known to the parties so we do not recount them here. For the reasons set forth in the Court's opinion in *In re David D. Kim,* No. 05-14-01344-CV (Tex. App.—Dallas October 23, 2014, orig. proceeding), which involves the same trial court hearing and orders, we **DENY** the petition.

141351F.P05

/Kerry P. FitzGerald/
KERRY P. FITZGERALD
JUSTICE